■ In the Matter of CHARLES FISCHER, for Reinstatement.— Application for reinstatement held in abeyance pending a hearing and report by the Hearing Panel of the Departmental Disciplinary Committee for the First Judicial Department regarding applicant's character and fitness to return to the Bar. Concur—Murphy, P. J., Kupferman, Sandler, Carro and Smith, JJ.